UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

03 SEP 16 PM 4:27

| | |
|---|---|
| AIR 1ST AVIATION COMPANIES, INC. | Case No. C-1-01-514 |
| Plaintiff, | (Judge S. Arthur Spiegel) |
| - v - | (Magistrate Timothy S. Hogan) |
| COMMERCIAL AIRCRAFT SERVICES, INC., ET AL. | |
| Defendants. | |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Nathaniel R. Jones of Blank Rome LLP, who is admitted to practice in the State of Ohio, as co-counsel of record for Defendant Midwest Aviation, Inc. By the filing and service of this Notice of Appearance, counsel Nathaniel R. Jones requests that all notices, pleadings, discovery requests, or other matters required to be served under the Federal Rules of Civil Procedure be directed to him at the address and telephone number listed below.

Dated: September 16, 2003

Respectfully submitted,

_____
Nathaniel R. Jones, Esq.
BLANK ROME LLP
1700 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4156
(513) 362-8772
(513) 362-8773 (Facsimile)

Counsel for Defendant
Midwest Aviation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was served by hand delivery upon Brian S. Sullivan, Trial Attorney for Plaintiff, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, Ohio 45202 this 16th day of September, 2003.  A copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was also served upon Charles C. Stebbins, III, Counsel for Plaintiff, Warlick, Tritt & Stebbins, L.L.P., 1500 First Union Bank Building, Augusta, Georgia 30901-1454 and on Defendant Michael J. Fricker, 3304 Woodside Drive, Fairfield, Ohio 45014 by ordinary U.S. mail, this 16th day of September, 2003.

_____
Nathaniel R. Jones