AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

AIR FIRST AVIATION COMPANIES, INC.,

      V.

COMMERCIAL AIRCRAFT SERVICES, et al,

Case Number:  1:01-cv-00514

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a SETTLEMENT CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>OCTOBER 17, 2003 at 10:00 AM |

SPECIAL INSTRUCTIONS:

1. **All parties must bring their client or a representative with full settlement authority.**

KENNETH J. MURPHY, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Brian Sullivan, Esq.   Charles Stebbins, Esq.   Michael Fricker (Pro Se)   Jamie Ramsey, Esq.
    William Posey, Esq.