UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
AIR 1ST AVIATION COMPANIES,    :
    INC.                       :    NO. 1:01-CV-00514
                               :
                               :
        Plaintiff,             :    ORDER
                               :
                               :
    v.                         :
                               :
                               :
COMMERCIAL AIRCRAFT SERVICES,  :
    INC., et al.               :
                               :
                               :
        Defendants.            :
```

On September 17, 2003, the Court held a status conference in the instant case during which the parties discussed the possibility of settlement and the resolution of pending motions in preparation for trial of the action. Based upon these discussions, the Calendar Order entered by Magistrate Judge Hogan in the instant case (doc. 18) is VACATED, and this matter will proceed to trial as follows:

>    (A)   Any dispositive motions will be filed by May 1, 2004. Motions must be filed by this date, and any motions filed after this date may be subject to a motion to strike. Parties are referred to Local Rule 7.2, which restricts letters to the Court. Correspondence with the Court should be by motion, except as expressly permitted by the Rule.
>
>    (B)   The parties have represented that all discovery in the action has already been completed.

(C) A final pretrial conference has been tentatively scheduled for June 30, 2004 at 10:00 A.M.

(D) Trial has been tentatively scheduled for July 20, 2004 on an on-deck basis. On-deck trials will be released late Thursday afternoon the week before the scheduled trial date.

(E) This is expected to be a four-day jury trial.

(F) A settlement conference is tentatively scheduled for October 17, 2003 at 10:00 A.M. Persons with settlement authority must be available, either in person or by telephone. In preparation for this conference, the parties shall prepare and submit to the Court, with a copy to the opposing party, a summary of their respective theories of recovery, the material facts in support of their claims, and a description of the damages requested. This summary should not exceed two pages and should be submitted to the Court no later than October 14, 2003.

SO ORDERED.

Dated: September 24, 2003     /s/ S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge