TERMS:

1. Settled for $130,000 payable as follows:
2. 25,000 by Michael the L, Inc., paid at [closing]
3. Franchise promises to pay $105,000 at the [rate of]: 10,000 per year payable 12 equal monthly payments paid 1st day of each month
4. Michael Let guarantees that $45,000 of franchise payment, provided that if franchise defaults in any monthly payment, M. Let shall upon notice all pays that newly [owed] up to that greater of $45,000
   - 10 day let [cure].
5. No interest
6. dismiss all claims and prejudice, each party to bear own fees for attorneys and costs
7. 60 day [order]
8. TEM represents that it has sufficient assets to cover its obligations herein

[signatures]
10/17/03