**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Air 1st Aviation Companies, Inc.   :

    Plaintiff,

                                :

  v.

                                Case No.: 1:01-cv-00514

Commercial Aircraft Services,   :
Inc., et al.,

    Defendants,   :   **NOTICE**

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be destroyed within 15 days of the date of this notice if arrangements are not made to retrieve them.

                          S. Arthur Spiegel
                          United States Senior District Judge


                          By: s/Kevin Moser
                              Kevin Moser
                              Case Manager
                              (513) 564-7620